FILED

NOV 3 0 2009

Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| Jerome Julius Brown, Sr., | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. **09 2260** |
| Dept. of Assessment & Taxation *et al.*, | ) | |
| Defendants. | ) | |

MEMORANDUM OPINION

This matter is before the Court on its initial review of plaintiff's *pro se* complaint and application for leave to proceed *in forma pauperis*. The Court will grant the *in forma pauperis* application and dismiss the case because the complaint fails to meet the minimal pleading requirements of Rule 8(a) of the Federal Rules of Civil Procedure.

*Pro se* litigants must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires complaints to contain " (1) a short and plain statement of the grounds for the court's jurisdiction [and] (2) a short and plain statement of the claim showing that the pleader is entitled to relief." Fed. R. Civ. P. 8(a); *see Ashcroft v. Iqbal*, 129 S.Ct. 1937, 1950 (2009); *Ciralsky v. CIA*, 355 F.3d 661, 668-71 (D.C. Cir. 2004). The Rule 8 standard ensures that defendants receive fair notice of the claim being asserted so that they can prepare a responsive answer and an adequate defense and determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

Plaintiff, a resident of Upper Marlboro, Maryland, sues a supervisor of the Maryland Department of Assessments and Taxation. Similar to most of plaintiff's previous complaints dismissed this year under Rule 8, this complaint consists of one page and a stack of unexplained attachments. The allegations are incomprehensible and, thus, fail to provide any notice of a claim and the basis of federal court jurisdiction. As previously advised, *see Brown v. McCarthy*, Civ. Action No. 09-2074 (D.D.C. Nov. 4, 2009), plaintiff is warned that his persistence in filing such actions will result in this Court restricting his ability to proceed *in forma pauperis*. A separate order of dismissal accompanies this Memorandum Opinion.

United States District Judge

Date: November 19, 2009